UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SALVADOR PADILLA, an individual, and DENISE PADILLA, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. 2:23-cv-00921 WBS JDP<br><br>ORDER RE: PLAINTIFFS' MOTION TO REMAND |

----oo0oo----

Plaintiffs having moved to withdraw their motion to remand this action to state court, IT IS HEREBY ORDERED that plaintiffs' motion to remand (Docket No. 10) be, and the same hereby is, DENIED; and IT IS FURTHER ORDERED that plaintiffs' motion to withdraw (Docket No. 15) be, and the same hereby is, DENIED AS MOOT.

Dated:  August 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1