JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

(Proposed) Attorney for Defendant
WILLIAM A. SASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM A. SASSMAN,<br><br>    Defendant. | No. CR-S-21-0121-DJC<br><br>Substitution of Counsel<br><br>Honorable Daniel J. Calabretta |

   It is respectfully requested that Attorney MARK J. REICHEL be relieved as attorney of record in the above captioned case and that attorney JOHN R. MANNING, 4005 Manzanita Ave, Suite 6-8, Carmichael, CA 95608; (916) 444-3994; jmanninglaw@yahoo.com, be substituted in as **appointed** counsel for Mr. Sassman. Mr. Sassman continues to qualify for appointed counsel.

Dated: September 24, 2024                Respectfully submitted,

                                         /S/ Mark J. Reichel
                                         MARK J. REICHEL
                                         Attorney at Law

///

///

///

1

I accept the substitution and ask to be appointed.

Dated: September 24, 2024                    /S/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney at Law

I consent to the substitution.

Dated: September 24, 2024                    S/ William A. Sassman
                                             WILLIAM A. SASSMAN
                                             Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  September 25, 2024
                                             _____
                                             HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE